# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134009(17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONTRELL YUVELLE SMITH,
      Defendant-Appellant.

SC: 134009
COA: 273743
Genesee CC: 01-007626-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's October 29, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

d0211

_____
Clerk